UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TYRONE SHANKS,<br>　　　　Plaintiff,<br><br>vs.<br><br>INTUIT, et al.,<br>　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-1973-LMM |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, on consideration of plaintiff's complaint on a frivolity determination and the Court's determination that plaintiff's complaint is frivolous, it is

**Ordered and Adjudged** that the action be **DISMISSED** as frivolous pursuant to 28 U.S.C. 1915(e)(2).

Dated at Atlanta, Georgia, this 27th day of January, 2015.

　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　By:　_s/Denise D.M. McGoldrick_
　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 27, 2015
James N. Hatten
Clerk of Court

By: _s/ Denise D.M. McGoldrick_
　　　Deputy Clerk